JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA V. MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE, a business entity form unknown; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a business entity form unknown; KAISER FOUNDATION HOSPITALS, a California corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. **SACV 10-0481 AG (ANx)**<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL**<br><br>Action Filed: April 19, 2010<br><br>Assigned to the Hon. Andrew J. Guilford |

ORDER ON STIPULATION RE DISMISSAL
DWT 14543138v1 0089215-000010

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **ORDER**

Pursuant to stipulation by and between plaintiff CARMELITA V. MOORE, on the one hand, and defendants SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP and KAISER FOUNDATION HOSPITALS on the other hand, this action is dismissed in its entirety with prejudice. Each party to bear its own fees and costs.

DATED: August 18, 2010

_____
Honorable Andrew J. Guilford
United States District Court Judge

ORDER ON STIPULATION RE DISMISSAL
DWT 14543138v1 0089215-000010

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899